Unsealed 6/5/08 YMA

ORIGINAL

**ORDERED SEALED BY COURT**
08 JUN -4 AM 10: 42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

08 MJ 1755

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | **ORDER SEALING COMPLAINT AND ARREST WARRANTS** |
| v. | |
| MARCO CORRADO, et al., | |
| Defendants. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Complaint (along with the affidavit in support of the Complaint), arrest warrants for all of the named defendants, and this order, be sealed until further order of the Court.

DATED: __JUN 4 2008__

_____
HON. LEO S. PAPAS
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

_(signature)_

MICHAEL J. CROWLEY
Assistant U.S. Attorney

SEALED by Order of
Magistrate Judge Leo S. Papas
Date __JUN 4 2008__

_(signature)_
Leo S. Papas
US Magistrate Judge