ORIGINAL

1  KAREN P. HEWITT
   United States Attorney
2  JOHN N. PARMLEY
   Assistant U.S. Attorney
3  California State Bar No. 178885
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6198

6  Attorneys for Plaintiff
   United States of America

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,         )   Magistrate Case No. 08MJ1755
10                                   )
              Plaintiff,             )
11                                   )   GOVERNMENT'S MOTION AND
         v.                          )   ORDER TO UNSEAL COMPLAINT
12                                   )   AND ARREST WARRANT
   MARCO CORRADO,                    )
13      aka Marcos,                  )
   RUBEN SANTOS,                     )
14                                   )
              Defendants.            )
15  _____  )

16       COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

17  Karen P. Hewitt, United States Attorney, and John N. Parmley, Assistant United States Attorney, and

18  hereby moves this Court for an order unsealing the Complaint, affidavit in support of Complaint, and

19  Arrest Warrant previously filed in the above-referenced matter on June 4, 2008.

20       DATED: June 5, 2008.

21                                       Respectfully submitted,

22                                       KAREN P. HEWITT
                                         United States Attorney
23
                                         
24                                       JOHN N. PARMLEY
                                         Assistant U.S. Attorney
25

26                             O R D E R

27       IT IS SO ORDERED.
         DATED: June 5, 2008
28
                                         _____
                                         UNITED STATES MAGISTRATE JUDGE