UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**ORDERED SEALED BY COURT** ~~(struck through)~~ unsealed 04-05-08

UNITED STATES OF AMERICA,

V.

MARCO CORRADO et al.,

WARRANT FOR ARREST

Magistrate Case No. 08 MJ 1755

FILED 08 JUN 17 AM 6:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST: RUBEN SANTOS**
                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

The complaint charges defendant RUBEN SANTOS with conspiracy to distribute methamphetamine and aiding and abetting in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and Title 18, United States Code, Section 2.

SEALED by Order of
Magistrate Judge Leo S. Papas
Date JUN 4 2008

_Honorable Leo S. Papas_      Leo S. Papas            _United States Magistrate Judge_
Name of Issuing Officer       US Magistrate Judge     Title of Issuing Officer

[signature]  6/5/08  FBI San Diego           June 4, 2008, San Diego, California
Signature of Issuing Officer                          Date and Location

ARRESTED BY STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
DATE _____ BY maria

(By) Deputy Clerk

Bail Fixed at $ To be set in Court           by ___LEO S. PAPAS___
                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |